STATE OF CONNECTICUT *v.* LAMAR DUPREE

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 631 (AC 17583), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* deputy assistant state's attorney, in opposition.

Decided April 13, 2000

STATE OF CONNECTICUT *v.* JAROSLAW NANOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 649 (AC 17647), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John T. Walkley,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided April 13, 2000

STATE OF CONNECTICUT *v.* MATTHEW MARKEVEYS

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 716 (AC 17795), is denied.

*Theresa M. Dalton,* senior assistant public defender, in support of the petition.